UNITED STATES DISTRICT COURT FOR THE
THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF: MISC. NO.: 06-114S

**George Fagundes, Jr.**
**117 Partition Street**
**Warwick, RI 02888**

SHOW CAUSE ORDER

The Court has been informed by the Clerk of Court that the above-named juror has failed to report for jury duty on November 7, 2006 as directed in a summons issued on or about October 3, 2006 and has failed to provide an acceptable explanation for her failure to appear.

Title 28 of the United States Code, Section 1866(g) states:

> Any person summoned for jury service who fails to appear as directed shall be ordered by the district court to appear forthwith and show cause for his failure to comply with the summons. Any person who fails to show good cause for noncompliance with a summons may be fined not more than $100 or imprisoned not more than three days, or both.

Therefore, it is hereby ORDERED:

1. This order shall be served in hand by the United States Marshal on or before December 21, 2006.

2. The juror shall appear on January 18, 2007 at 10:00 in Courtroom 2, at the U.S. District Court, One Exchange Terrace, Providence, Rhode Island for a hearing to show good cause for failure to comply with the summons.

Failure by the juror to comply with this order will result in the issuance of a bench warrant.

Date: 12/15/06

WESmith
William E. Smith
U.S. District Judge